USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/17

# MEMORANDUM ENDORSED

## EXHIBIT A

### UNITED STATE DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA CASTILLO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CASPER SLEEP, INC., <br><br> Defendant. | Case No. 17-cv-07474 (GHW)(DCF) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made and each party to bear its or their own fees and costs.

Date: November 29, 2017

_____
Javier L. Merino, Esq.
DANNLAW
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
E-mail: jmerino@dannlaw.com
Phone: (201) 355-3440
*Attorneys for Plaintiff*

_____
Joshua A. Stein, Esq.
EPSTEIN, BECKER & GREEN, P.C.
250 Park Ave.
New York, NY 10177
Email: jstein@ebglaw.com
Phone: (212) 351-4660
*Attorneys for Defendant*

On November 21, 2017, the parties notified the Court that this case had settled. Dkt. No. 13. The Court ordered that the case be conditionally discontinued without prejudice and without costs, subject to an application by Plaintiff within thirty days to restore the case to the Court's active calendar. Dkt. No. 14. No such application has been received, and the parties have since executed this stipulation. Accordingly, the Court construes this stipulation as the parties' agreement to dismiss this action with prejudice under Rule 41(a)(1)(A)(ii).

Dated: December 1, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge

17